

Department of State / Division of Corporations / Search Records / Detail By Document Number /

# Detail by Entity Name

Florida Profit Corporation
FASTRX, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P96000020571 |
| **FEI/EIN Number** | 65-0659394 |
| **Date Filed** | 03/06/1996 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 10/16/1998 |
| **Event Effective Date** | NONE |

**Principal Address**

200 SE 2ND STREET
SUITE 1250
MIAMI, FL 33131

Changed: 05/09/1997

**Mailing Address**

701 BRICKELL AVENUE
SUITE 3000
MIAMI, FL 33131

**Registered Agent Name & Address**

INTRASTATE REGISTERED AGENT CORPORATION
701 BRICKELL AVENUE
SUITE 3000
MIAMI, FL 33131

**Officer/Director Detail**

**Name & Address**

Title P

SHRIVER, ANTHONY K
200 SE 2ND ST STE 1250
MIAMI, FL

Title S



EXHIBIT A

DESNICK, JAMES D
980 N MICHIGAN SUITE 1665
CHICAGO, IL

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 1997 | 05/09/1997 |

**Document Images**

| | |
|---|---|
| 06/18/2007 -- Reg. Agent Resignation | View image in PDF format |
| 05/09/1997 -- ANNUAL REPORT | View image in PDF format |
| 03/06/1996 -- DOCUMENTS PRIOR TO 1997 | View image in PDF format |

Florida Department of State, Division of Corporations