MEDREQ,SMM

# U.S. District Court
## Southern District of Florida (Ft Pierce)
### CIVIL DOCKET FOR CASE #: 2:19−cv−14411−RLR

| | |
|---|---|
| Morales v. Fast RX, Inc. | Date Filed: 10/30/2019 |
| Assigned to: Judge Robin L. Rosenberg | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Shaniek M. Maynard | Nature of Suit: 442 Civil Rights: Jobs |
| Case in other court:  19th Judicial Circuit in and for St. Lucie County,, 562019CA001788AXXXHC | Jurisdiction: Diversity |

Cause: 28:1332 Diversity−Employment Discrimination

**Plaintiff**

**Shayna Morales**          represented by   **Chad Evan Levy**
The Law Offices of Levy & Levy, P.A.
1000 Sawgrass Corporate Parkway
Suite 588
Sunrise, FL 33323
954−763−5722
Fax: 954−763−5723
Email: chad@levylevylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Mitchell Cozad**
The Law Offices of Levy & Levy, P.A.
1000 Sawgrass Corporate Parkway
Suite 588
Sunrise, FL 33323
(954) 763−5722
Fax: (954) 763−5723
Email: david@levylevylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Fast RX, Inc.**          represented by   **Richard M Gaal**
*formerly known as*                              McDowell Knight Roedder , Sledge, LLC
Doc RX, Co., Inc.                                11 North Water Street, Suite 13290
Mobile, AL 36602
(251)432−5300
Email: rgaal@mcdowellknight.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/30/2019 | Ï 1 | NOTICE OF REMOVAL (STATE COURT COMPLAINT − Complaint) Filing fee $ 400.00 receipt number 113C−12107304, filed by Fast RX, Inc. f/k/a Doc RX, Co., Inc.. (Attachments: # 1 Civil |

|  |  |  |
|---|---|---|
|  |  | Cover Sheet, # 2 Exhibit A (Fla. Secy of State Entity Records), # 3 Exhibit B (Waiver of Service and Cover Letter), # 4 Exhibit C (EEOC Charge of Discrimination), # 5 Exhibit D (Dec of Brian Ward with Exs D–1 through D–7), # 6 Exhibit E (State Court File), # 7 Exhibit F (Morales Deed), # 8 Exhibit G (Morales Ch. 7 Bankruptcy Petition), # 9 Exhibit H (Letter from Chad Levy 1.14.2019), # 10 Exhibit I (Affidavit of C. Levy, Esq.), # 11 Exhibit J (Affidavit of D. Cozad, Esq.), # 12 Exhibit K (Plaintiff's Motion for Attorneys' Fees), # 13 Exhibit L (Notice of Filing Notice of Removal))(Gaal, Richard) (Entered: 10/30/2019) |
| 10/30/2019 | Ï 2 | Clerks Notice of Judge Assignment to Judge Robin L. Rosenberg and Magistrate Judge Shaniek M. Maynard.<br><br>Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Shaniek M. Maynard is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent.<br><br>Pro se (NON–PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON–PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of our website. (amb) (Entered: 10/30/2019) |
| 11/04/2019 | Ï 3 | Plaintiff's MOTION to Remand by Shayna Morales. (Levy, Chad) (Entered: 11/04/2019) |
| 11/06/2019 | Ï 4 | MOTION to Change Venue *by DocRX improperly identified as* by Fast RX, Inc.. Responses due by 11/20/2019 (Attachments: # 1 Exhibit A (Decl. of Brian Ward), # 2 Exhibit B (Decl. of Catherine Hunter), # 3 Exhibit C (EEOC Charge of Discrimination), # 4 Exhibit D (EEOC Notice of Charge of Discrimination))(Gaal, Richard) (Entered: 11/06/2019) |
| 11/06/2019 | Ï 5 | ANSWER and Affirmative Defenses to Complaint re the Notice of Removal by Fast RX, Inc.. (Gaal, Richard) (Entered: 11/06/2019) |
| 11/08/2019 | Ï 6 | Certificate of Other Affiliates/Corporate Disclosure Statement – NONE disclosed by Fast RX, Inc. (Gaal, Richard) (Entered: 11/08/2019) |
| 11/18/2019 | Ï 7 | Plaintiff's MOTION to Stay by Shayna Morales. Responses due by 12/2/2019 (Levy, Chad) (Entered: 11/18/2019) |
| 11/18/2019 | Ï 8 | RESPONSE in Opposition re 3 Plaintiff's MOTION to Remand filed by Fast RX, Inc.. Replies due by 11/25/2019. (Attachments: # 1 Exhibit A (Lett v. Wells Fargo), # 2 Exhibit B (Jones v. Dollar Tree Stores), # 3 Exhibit C (10.31.19 Email from C. Levy), # 4 Exhibit D (Batista Opinion), # 5 Exhibit E (Burrows v. State Farm), # 6 Exhibit F (Declaration of R. Gaal, Esq.))(Gaal, Richard) (Entered: 11/18/2019) |
| 11/21/2019 | Ï 9 | ORDER SETTING STATUS CONFERENCE, CALENDAR CALL, AND TRIAL DATE, ORDER OF REQUIREMENTS, AND ORDER OF REFERENCE TO MAGISTRATE JUDGE. SCHEDULING ORDER: ( Jury Trial set for 11/23/2020 09:00 AM in Fort Pierce Division before Judge Robin L. Rosenberg., Calendar Call set for 11/18/2020 09:00 AM before Judge Robin L. Rosenberg., Status Conference set for 10/21/2020 09:30 AM before Judge Robin L. Rosenberg.), ORDER REFERRING CASE to Magistrate Judge Shaniek M. Maynard for appropriate disposition of all pro hac vice motions, motions to substitute counsel, and pretrial motions related to discovery.. Signed by Judge Robin L. Rosenberg on 11/19/2019. *See attached document for full details.* (amb)<br><br>***Pattern Jury Instruction Builder –*** To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here. (Entered: 11/21/2019) |
| 11/25/2019 | Ï 10 | REPLY to Response to Motion re 3 Plaintiff's MOTION to Remand filed by Shayna Morales. (Levy, Chad) (Entered: 11/25/2019) |

| Date | # | Description |
|---|---|---|
| 11/27/2019 | 11 | ORDER SETTING DISCOVERY PROCEDURES. Signed by Magistrate Judge Shaniek M. Maynard on 11/27/2019. *See attached document for full details.* (amb) (Entered: 11/27/2019) |
| 12/02/2019 | 12 | RESPONSE in Opposition re 7 Plaintiff's MOTION to Stay *Proceedings Pending Ruling on Plaintiff's Motion to Remand* filed by Fast RX, Inc.. Replies due by 12/9/2019. (Gaal, Richard) (Entered: 12/02/2019) |
| 12/05/2019 | 13 | Joint SCHEDULING REPORT – **Rule 26(f)** by Fast RX, Inc. (Attachments: # 1 Exhibit EX A Joint Proposed Scheduling Order Referring Case to Mediation)(Gaal, Richard) (Entered: 12/05/2019) |
| 12/09/2019 | 14 | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 12 Response in Opposition to Motion by Shayna Morales. (Attachments: # 1 Text of Proposed Order)(Levy, Chad) (Entered: 12/09/2019) |
| 12/09/2019 | 15 | SCHEDULING ORDER AND ORDER REFERRING CASE TO MEDIATION. (Discovery due by 7/28/2020., Dispositive Motions due by 8/24/2020., Mediation Deadline 9/23/2020). Signed by Judge Robin L. Rosenberg on 12/9/2019. *See attached document for full details.* (mc) (Entered: 12/10/2019) |
| 12/10/2019 | 16 | PAPERLESS ORDER granting in part and denying in part 14 Plaintiff's Motion for Extension of Time to File Reply. Plaintiff's Motion should not have been filed the day Plaintiff's Reply was due when counsel knew of planned travel. Plaintiff shall file a Reply by no later than 5:00 PM on 12/17/2019. Further, the Court notes Plaintiff's response to 4 Defendant's Motion to Change Venue was due by 11/20/2019. Under Local Rule 7.1(c), failure to respond to a motion within 14 days of service may be deemed sufficient cause to grant the motion by default. Plaintiff shall file a response to 4 Defendant's Motion to Change Venue by no later than 5:00 PM on 12/13/2019. Signed by Judge Robin L. Rosenberg on 12/10/2019. (hhn) (Entered: 12/10/2019) |
| 12/11/2019 | 17 | ORDER SETTING DISCOVERY STATUS CONFERENCE AND ORDER REQUIRING JOINT DISCOVERY STATUS REPORT: Status Report due by 6/25/2020. Status Conference Re: Discovery Matters set for 6/30/2020 at 2:30 PM before Magistrate Judge Shaniek M. Maynard. Signed by Magistrate Judge Shaniek M. Maynard on 12/11/2019. *See attached document for full details.* (ail) (Entered: 12/11/2019) |
| 12/13/2019 | 18 | RESPONSE to Motion re 4 MOTION to Change Venue *by DocRX improperly identified as* filed by Shayna Morales. Replies due by 12/20/2019. (Levy, Chad) (Entered: 12/13/2019) |
| 12/17/2019 | 19 | REPLY to Response to Motion re 7 Plaintiff's MOTION to Stay filed by Shayna Morales. (Levy, Chad) (Entered: 12/17/2019) |
| 12/20/2019 | 20 | REPLY to Response to Motion re 4 MOTION to Change Venue *by DocRX improperly identified as* filed by Fast RX, Inc.. (Gaal, Richard) (Entered: 12/20/2019) |
| 12/30/2019 | 21 | ORDER DENYING PLAINTIFFS MOTION TO REMAND, GRANTING DEFENDANTS MOTION TO TRANSFER VENUE. ORDER denying 3 Motion to Remand; granting 4 Motion to Change Venue; denying as moot 7 Motion to Stay. Signed by Judge Robin L. Rosenberg on 12/30/2019. *See attached document for full details.* (amb) (Entered: 12/31/2019) |